BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    v.                        )<br>                              )<br>CHESTER S. GARBER,            )<br>                              )<br>            Defendant.        )<br>_____) | CR. No. 1:10-cr-00318 LJO<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br>Fed. R. Crim. Proc. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against CHESTER S. GARBER, without prejudice and in the interest of justice.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: September 22, 2010    By:    /s/ Brian W. Enos
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against CHESTER S. GARBER be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:     September 24, 2010                        /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

2