**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
CHESTER S. GARBER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>CHESTER S. GARBER,<br><br>       Defendant. | Case No.: 1:10-CR-00318 LJO<br><br>**STIPULATION AND ORDER FOR THE RETURN OF DEFENDANT'S PASSPORT** |

**IT IS HEREBY STIPULATED** by and between all parties concerned that the Passport belonging to Defendant, CHESTER S. GARBER, who is now deceased, being Passport No.: 214576818, which is in the possession of this court (Receipt No.: **NONE GIVEN** ----SEE attached Original Notice), be returned to Defendant's widow, Emilia Ting Garber, through the offices of NUTTALL & COLEMAN.

Defendant counsel's office has been in touch with BRIAN ENOS, Assistant United States Attorney, who has no objection to surrendering Mr. Garber's passport to his surviving spouse.

DATED:   October 7, 2010.

                                        NUTTALL & COLEMAN

                                        By:  /s/ *Roger T. Nuttall*
                                            ROGER T. NUTTALL
                                            Attorneys for Defendant
                                            CHESTER S. GARBER

1     DATED:   October 7, 2010.

2                                                    By: /s/ *Brian Enos*
                                                      BRIAN ENOS
3                                                       Assistant U.S. Attorney

5                      \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7                          **O R D E R**

8     Good cause appearing,

10     **IT IS ORDERED** that the Passport belonging to Defendant, CHESTER S. GARBER, being Passport No. 214576818, in the possession of this court, be returned to his surviving spouse, Mrs. Emilia Ting Garber, forthwith.

14 IT IS SO ORDERED.

15 **Dated:   October 7, 2010**                   /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE